UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EDWARD R. VASHEY

vs. CA 07-40ML

STATE OF RHODE ISLAND, et al

ORDER

The Attorney General is hereby ordered to file its response to the plaintiff's "Petition Under 28 U.S.C. §2254 for Writ of Habeas Corpus by a person in state custody." Said response will be filed on or before **February 23, 2007.**

SO ORDERED

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
February 2 ,2007

Entered as an Order of this Court on February 2 , 2007.

Barbara Barletta
Deputy Clerk