UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

EDWARD R. VASHEY

v. CA 07-040 ML

STATE OF RHODE ISLAND, et al.

MEMORANDUM AND ORDER

This matter is before the Court on Petitioner's Objection to the Report and Recommendation issued by Magistrate Judge Martin on April 10, 2007. This Court has reviewed the Report and Recommendation and Petitioner's Objection. Having done so, this Court concludes that the Motion to Dismiss ought to be, and it is hereby, GRANTED for the reasons set forth in the Report and Recommendation.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief U.S. District Judge
April 23, 2007