# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

EDWARD R. VASHEY

**v.** **C.A. NO: 07-40ML**

**A.T. WALL, Director**
**Rhode Island Department of**
**Corrections and The State of Rhode Island**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered it's verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment is hereby entered for the defendants, A.T. Wall and the State of Rhode Island, against the Plaintiff, Edward R. Vashey, pursuant to the Memorandum and Order Order dated April 23, 2007 accepting the Report and Recommendation of Magistrate Judge Martin dated April 10, 2007 pursuant to Title 28 U.S.C. § 636(b)(1). The defendants' Motion to Dismiss is hereby GRANTED.**

**Enter:**

Barbara Barletta
**Deputy Clerk**

**DATED: April 23, 2007**