THE UNITED STATES FEDERAL DISTRICT COURT FOR THE STATE OF RHODE ISLAND

Edward R. Vashey
(the Petitioner)

C.A. 07-040 ML

Vs.

The State of Rhode Island, et al.

# NOTICE OF APPEAL

Now comes the above cited Pro-Se Petitioner, Mr. Edward R. Vashey, and does hereby respectfully request to exercise his Right to Appeal the decision of this Court, on April 23, 2007, to "Dismiss" his 18 U.S.C. § 2254 Petition for a Writ of Habeas Corpus by a Person in State Custody..

Respectfully Submitted

date; April 25, 2007

Edward R. Vashey, pro-se
P.O. Box 8249
Cranston, R.I. 02920

## Certification

I, Edward R. Vashey, do hereby certify that on this day April 25, 2007 that I did mail to the R.I. Attorney General's Office a true handwritten copy of this 'Notice', to 150 S. Main st Provo R.I. 02903. via the U.S. Mail