UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID DiMARZIO
CLERK OF COURT

May 1, 2007

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**

RE: CA 07-040ML **CCA# ____________________**
Edward R. Vashey v. A.T. Wall, et al.

Dear Clerk of Court:

Enclosed herewith you will find the NOTICE OF APPEAL relative to the above-referenced action, and a certified copy of the docket entries.

Kindly return the attached copy of this letter as acknowledgment of receipt.

Sincerely yours,

DAVID DiMARZIO
CLERK OF COURT
*John Duhamel*
J. Duhamel
DEPUTY CLERK

**Enc.: Case file; certified docket.**