# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

Edward R. Vashey
Petitioner

Vs.

Case # 07-40-ML-DLM

A.T. Wall, et al
Respondent

## Request for a Certificate of Appealability

Now comes Mr. Edward R. Vashey, the above entitled Petitioner, and does respectfully motion this Court for a 'Certificate of Appealability' with regard to his pending appeal in this matter, currently before the U.S. 1st Cir. Court of Appeals, as mandated by 1st Cir. Rule # 22.1 (a).

Respectfully Submitted
[signature]
Edward R. Vashey, pro-se
@: The J.E. Polk Correctional Facility
211 Bush Blvd
Sanford, Florida
32773

# Certification

I, Edward R. Vashey, do here by certify that on this Day June 18, 2007, that I did mail a true handwriten copy of the attached 'Request for a Certificate of Appealability' to the R.I. Attorney General's Office, at 150 South Main St. in Providence R.I. 02903, via the U.S. Postal Service

Edward R. Vashey

Edward R. Vashey, pro-se