UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

EDWARD R. VASHEY

v. CA 07-040 ML

A.T. WALL, et al.

## ORDER

Petitioner has moved for a certificate of appealability. The motion is denied because petitioner has failed to show that the issues he seeks to raise before the court of appeals are debatable among reasonable jurists.

SO ORDERED:

Mary M. Lisi

Mary M. Lisi
United States District Judge
June 27, 2007