# United States Court of Appeals
## For the First Circuit

No. 07-1689
DC No. 07-00040

EDWARD R. VASHEY

Petitioner - Appellant

v.

ASHBEL T. WALL, II, Director, Rhode Island Department of Corrections; RHODE ISLAND DEPARTMENT OF CORRECTIONS; STATE OF RHODE ISLAND

Respondents - Appellees

**ORDER OF COURT**

Entered: July 18, 2007
Pursuant to 1st Cir. R. 27.0(d)

Appellant's motion for leave to proceed on appeal in forma pauperis is denied without prejudice to refiling before the District Court of Rhode Island in the above noted case number.

Appellant's submission is deficient as the Statement of Issues section is not completed nor the required prison trust account statement attached. A compliant request for in forma pauperis status consists of a motion, fully completed Form 4, Financial Affidavit, and prison trust account statement. See Fed.R.App.P. 24.

Failure to pay the $455.00 filing fees or file a compliant request for in forma pauperis status in the District Court on or before **August 1, 2007** may result in dismissal of this appeal for lack of diligent prosecution. Loc. R. 3.0(b).

This court cannot consider any request for a certificate of appealability until appellant either pays the fee or complies with Fed.R.App.P. 24.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: [signature] Date: 7/19/07

By the Court:
Richard Cushing Donovan, Clerk

By: AMY B. LEDERER
Appeals Attorney

[Certified copies: Hon. Mary Lisi and David DiMarzio, Clerk of the United States District Court of Rhode Island]

[cc: Edward R. Vashey, Aaron L. Weisman, AAG]