RECEIVED
AUG 02 2007
Property of U.S. District Court
District of Rhode Island

# Affidavit to Accompany
# Motion for Leave to Appeal in Forma Pauperis

RECEIVED
AUG 02 2007
Property of U.S. District Court
District of Rhode Island

**District Court No.** 07-00040
**Appeal No.** 07-1689

**v.**

| **Affidavit in Support of Motion** | **Instructions** |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.) | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |
| **Signed:** Edward R. Vashey | **Date:** July 23, 2007 |

Granted. Mary M. Lisi USDJ 8/2/07

**My issues on appeal are:**

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT
2007 JUL 30 P 2:52

*1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| **Income source** | **Average monthly amount during the past 12 months** | | **Amount expected next month** | |
|---|---|---|---|---|
| | **You** | **Spouse** | **You** | **Spouse** |
| **Employment** | $ Ø | $ | $ Ø | $ |
| **Self-employment** | $ Ø | $ | $ Ø | $ |
| **Income from real property (such as rental income)** | $ Ø | $ | $ Ø | $ |
| **Interest and dividends** | $ Ø | $ | $ Ø | $ |