07-40
USDC/R.I.
Lisi, M

# MANDATE

# United States Court of Appeals

## For the First Circuit

---

No. 07-1689

EDWARD R. VASHEY,

Petitioner, Appellant,

v.

ASHBEL T. WALL, II, DIRECTOR,
RHODE ISLAND DEPARTMENT OF CORRECTIONS, ET AL.,

Respondents, Appellees.

---

Before

Torruella, Lipez and Howard,
Circuit Judges.

---

**JUDGMENT**
**Entered: October 30, 2007**

Petitioner, Edward Vashey, requests a certificate of appealability ("COA") from the order of the United States District Court for the District of Rhode Island denying the habeas petition that he filed pursuant to 28 U.S.C. § 2254. He has also filed a motion for a court order compelling correctional facility authorities to, inter alia, grant him law library access.

Because we conclude that the petition here is frivolous, we deny both the COA application and the law library access motion. See Miller-El v. Cockrell, 537 U.S. 322, 336 (2003) (COA application must make substantial showing or raise reasonably debatable argument that applicant was denied constitutional right); Lewis v. Casey, 518 U.S. 343, 353 (1996) (prisoner who is refused access to law library cannot establish constitutional violation unless he or she shows that nonfrivolous claim is being impeded).

Petitioner fails in his habeas petition to challenge the lawfulness of his custody or imprisonment. The sole function of 28 U.S.C. § 2254 is to provide relief from unlawful imprisonment or

custody. See, e.g., Amanullah v. Nelson, 811 F.2d 1 (1st Cir. 1987); Hill v. Johnson 539 F.2d 439, 440 (5th Cir. 1976) (per curiam). Instead, petitioner seeks only to have the federal courts force the Rhode Island Supreme Court to treat his motion to withdraw his plea as an application for post-conviction relief under R.I. Gen. Laws §§ 10-9.1-1 to -12 and to treat his appeal from the denial of the former as if it were from the denial of the latter. While that state appeal, itself, bears upon custody, the instant petition does not. Regardless of our decision, petitioner remains free to challenge his plea in the state courts. See R.I. Gen. Laws §§ 10-9.1-1 to -12.

Accordingly, we **DENY** petitioner's application and his motion and **TERMINATE** the appeal.

By the Court:

Richard Cushing Donovan, Clerk.

By: MARGARET CARTER
Chief Deputy Clerk.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

[signature]

**Deputy Clerk**

**Date:** 11/21/07

[cc: Edward R. Vashey, Aaron L. Weisman, AAG]